IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-03040-CBS         Date: June 17, 2015
Courtroom Deputy: Amanda Montoya      FTR – Reporter Deck-Courtroom A402

*Parties:*                            *Counsel:*

KYLE LAUREN,                          Alan Shafner
                                      Scott Mayer

Plaintiff,

v.

UNITED STATES,                        Katherine Ross
                                      Ian Kellogg

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: BENCH TRIAL DAY ONE**
**Court in session: 08:56 a.m.**
Court calls case. Appearances of counsel.

The court has bi-furcated this case. Today's proceedings will address whether the Plaintiff properly presented a claim, whether the Plaintiff complied with the two year statute of limitations, and if the Plaintiff failed to comply with the statute of limitations, are there facts that effectively present equitable toll.

Discussion and argument regarding *MOTION [50] in Limine*.

**ORDERED:** *MOTION [50] in Limine* is **GRANTED in part and DENIED in part** as stated on the record.

**9:40 a.m.**     Opening statement for Plaintiff by Mr. Mayer.
**9:48 a.m.**     Opening statement for Defendant by Ms. Ross.

Plaintiff calls Ashleigh Wallace. Witness sworn.
**9:55 a.m.**     Direct examination by Mr. Mayer.
                  Exhibits 31, 35, 39, 40, 34, 36, 32, 37 with limitations, 38 with limitations, 25
                  with limitations, and 26 offered and received.
**10:34 a.m.**    Cross examination by Ms. Ross.

                Exhibits 57, 58, and 56 offered and received.
**10:43 a.m**.     Re-direct by Mr. Mayer.
**10:46 a.m.**    Questions by the court.
Witness excused.

**10:56 a.m.**    IN RECESS
**11:04 a.m.**    IN SESSION

Plaintiff calls Alan Shafner.  Witness sworn.
**11:04 a.m.**    Direct examination by Mr. Mayer.
                Exhibits 44, 2, and 19 offered and received.
**11:46 a.m.**    Cross examination by Mr. Kellogg.
**11:56 a.m.**    Questions by the court.
Witness excused.

**12:16 p.m.**    IN RECESS
**1:38 p.m.**     IN SESSION

Plaintiff calls Jerry Lewis.  Witness sworn.
**1:38 p.m.**     Direct examination by Mr. Mayer.
                Exhibits 5, 6, 8, and 9 offered and received.
**1:58 p.m.**     Cross examination by Ms. Ross.
Witness excused.

Plaintiff calls Hal vonHedemann.  Witness sworn.
**2:02 p.m.**     Direct examination by Mr. Mayer.
                Exhibits 17, 4, 16, 20, 45, and 14 offered and received.

**3:18 p.m.**     IN RECESS
**3:32 p.m.**     IN SESSION

**3:33 p.m.**     Continued direct examination of Mr. vonHedemann by Mr. Mayer.
                Exhibit 52 offered and received.
**3:41 p.m.**     Cross examination by Ms. Ross.
                Exhibit 27 offered and received.
**4:22 p.m.**     Questions by the court.
                Exhibit 21 offered and received.
Witness excused.

Comments from the court.  Trial will resume tomorrow at 10:00 a.m. if parties want oral argument.  If parties do not want oral argument, they may call the court by 9:00 a.m. to advise and they may submit proposed findings of fact within two weeks.

Hearing Concluded.
**Court in recess: 05:12 p.m.**  Time in court: 06:32