IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Case No. 14-cv-03040-CBS

KYLE LAUREN,

    Plaintiff,

v.

UNITED STATES,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado, this 17th day of June, 2015.

BY THE COURT:

_____
Craig B. Shaffer, Magistrate Judge
United States District Court

_____        _____
Attorney for Plaintiff        Attorney for Plaintiff

_____        _____
Attorney for Defendant        Attorney for Defendant