IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 14-cv-03040-CBS

KYLE V. LAUREN,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

## FINAL JUDGMENT

        PURSUANT to and in accordance with Fed. R. Civ. P. 52(c), Fed. R. Civ. P. 54, Fed. R. Civ. P. 58, and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

        PURSUANT to and in accordance with the Findings of Fact and Conclusions of Law entered by the Honorable Craig B. Shaffer on December 8, 2015, incorporated herein by reference, it is

        ORDERED that final judgment is hereby entered in favor of Defendant, United States of America, and against Plaintiff, Kyle V. Lauren. It is

        FURTHER ORDERED that Defendant, United States of America, shall be awarded its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C. Colo. LCivR 54.1.

        DATED at Denver, Colorado, this __8__th day of December, 2015.

FOR THE COURT:

JEFFREY P. COLWELL,
Clerk of the U.S.District Court
s/N. Marble, Deputy Clerk



———————————————

N. Marble

2